IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SCHERING CORPORATION,            No. C 07-01142 WHA

    Plaintiff,

  v.                                                **NOTICE RE HEARING**

FIRST DATABANK INC.,

    Defendant.
                                      /

      At the hearing, the parties should be prepared to address the following issues and support their positions with citations to relevant authority:

    1.     Does New Jersey or California law apply to the substantive claims in this case?

    2.     In determining whether California's anti-SLAPP statute applies to this action, does it matter whether California or New Jersey law governs the underlying substantive claims?

    3.     What is the effect of the forum-selection clause in the parties' license agreement on choice-of-law questions before this Court (Dec. 22 Breen Decl. Exh. J at 4)?

**IT IS SO ORDERED.**

Dated: April 3, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE