**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCHERING CORPORATION, | No. C 07-01142 WHA |
| Plaintiff, | |
| v. | **REQUEST FOR RESPONSE** |
| FIRST DATABANK INC., | |
| Defendant. / | |

At the hearing plaintiff's counsel seemed to argue that none of the "Licensed Products" referenced in the Licensing Agreement were at issue in this case. But Exhibit 1 to the agreement, provided to the Court after the hearing, indicates that the National Data Drug File falls within the definition of "Licensed Products." The NDDF database is at issue. By **NOON** on **APRIL 6, 2007**, both sides may each file a two-page statement (12-point font, double-spaced) explaining whether or not the Licensed Products identified in the agreement are at issue in this case.

**IT IS SO ORDERED.**

Dated: April 5, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE