IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SCHERING CORPORATION,　　　　　　　　　　　No. C 07-01142 WHA

　　　　Plaintiff,

　v.　　　　　　　　　　　　　　　　　　　　**REQUEST RE TRIAL DATE**

FIRST DATABANK INC.,

　　　　Defendant.
　　　　　　　　　　　　　　　　　　　　/

　　　　Whether or not the preliminary injunction is granted, the Court expects to set this case for trial in October 2007 with a compressed discovery schedule. By **NOON** on **MONDAY, APRIL 9, 2007**, both sides shall state their positions on the trial date. This input is requested before the issue of the preliminary injunction is decided.

　　　　**IT IS SO ORDERED.**

Dated: April 6, 2007.

　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE