IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCHERING CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>FIRST DATABANK, INC.,<br><br>    Defendant.<br>                                       / | No. C 07-01142 WHA<br><br>**AMENDED ORDER GRANTING APPLICATION FOR ORDER SHORTENING TIME** |

This order **GRANTS** plaintiff's application for an order shortening time on plaintiff's motion for order certifying in writing that First Databank's appeal is frivolous. The opposition to the motion is due **JUNE 4, 2007**. The reply is due on **JUNE 7, 2007**. A hearing will be held on **JUNE 21, 2007** at **8:00 A.M.** The parties must brief the extent to which the Court has jurisdiction over pretrial or case-management issues while the appeal is pending in the Ninth Circuit, irrespective of whether the Court declares the appeal frivolous.

**IT IS SO ORDERED.**

Dated: May 31, 2007.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE