IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCHERING CORPORATION, | No. C 07-01142 WHA |
| Plaintiff, | |
| v. | **ORDER REQUIRING JOINT STATUS REPORTS** |
| FIRST DATABANK INC., | |
| Defendant. | |

In this stayed action, on **THE FIRST BUSINESS DAY OF EACH QUARTER,** a joint report shall be filed updating the Court on the status of the two actions currently pending in the Ninth Circuit: *First DataBank, Inc. v. United States District Court*, No. 07-72455, and *Schering Corp. v. First DataBank, Inc.*, No. 07-15895.

**IT IS SO ORDERED.**

Dated: August 28, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE